IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIKE O'HARE,

    Plaintiff/Counter-Defendant,

v.                                             No. 13-cv-0950 MCA/SMV

CROSSROADS WEST PHOENIX, LLC,

    Defendant/Counterclaimant.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    March 4, 2014, at 10:30 a.m.

**Matters to be heard**: Plaintiff's Motion to Stay Discovery Pending [Ruling on] Motion to Remand [Doc. 15] and
Defendant Crossroads West Phoenix LLC's Motion for Issuance of an Initial Scheduling Order, or Alternatively, Commencement of Limited Discovery Pertaining to Plaintiff's Motion to Amend Complaint to Add Additional Defendant and to Remand [Doc. 18]

    **IT IS ORDERED** that a telephonic hearing on the motions listed above [Docs. 15, 18] is set for **March 4, 2014, at 10:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                _____
                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.