# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MIKE O'HARE d/b/a OHBCM ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 13-cv-00950-MCA-SMV |
| ) | |
| CROSSROADS WEST PHOENIX, LLC ) | |
| an Arizona Limited Liability Company ) | |
| ) | |
|     Defendant. ) | |

### ORDER GRANTING MOTION TO STAY DISCOVERY
### AND DENYING MOTION FOR SCHEDULING ORDER OR
### ALTERNATIVELY COMMENCEMENT FOR LIMITED DISCOVERY

**THIS MATTER** having come before the Court on Plaintiff's Motion to Stay Discovery Pending Motion to Remand (Doc. 15) and on Defendant Crossroads West Phoenix LLC's Motion for Issuance of an Initial Scheduling Order, or Alternatively, Commencement of Limited Discovery Pertaining to Plaintiff's Motion to Amend Complaint to Add Additional Defendant and to Remand (Doc. 18), Plaintiff having appeared through counsel Hennighausen & Olsen, LLP (Jeff Grandjean) and Defendant having appeared through counsel Rodey, Dickason, Sloan, Akin & Robb, P.A. (Charles R. Hughson), and the Court having reviewed the pleadings, heard argument of counsel, and being otherwise fully advised **FINDS:**

    1.    Plaintiff's Motion (Doc. 15) is well taken and shall be granted;

    2.    Defendant's Motion (Doc. 18) is not well taken and shall be denied.

**IT IS THEREFORE ORDERED** that all discovery in this matter is stayed pending decision on Plaintiff's Motion to Amend Complaint to Join Additional Defendant and to Remand (Doc. 2) or until further order of the Court.

    IT IS SO ORDERED.

                                                                      HONORABLE STEPHAN M. VIDMAR

Respectfully Submitted by,

**HENNIGHAUSEN & OLSEN, LLP**

/s/  A.J. Olsen
A.J. Olsen
Alvin F. Jones
Jeff Grandjean
P.O. Box 1415
Roswell, NM 88203
(575) 624-2463
(575) 624-2878 (fax)
ajolsen@h2olawyers.com
ajones@h2olawyers.com
jgrandjean@h2olawyers.com

Approved as to form by,

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

 Electronically approved 3/5/2014
Charles R. Hughson
P.O. Box 1888
Albuquerque, NM 87103
(505) 768-7239
chughson@rodey.com