IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIKE O'HARE,

    Plaintiff/Counter-Defendant,

v.                                                   No. 13-cv-0950 MCA/SMV

CROSSROADS WEST PHOENIX, LLC,

    Defendant/Counterclaimant.

## ORDER TO FILE CLOSING DOCUMENTS

On May 13, 2014, the parties filed a notice indicating that they had settled their claims. [Doc. 28].  They further indicated that they would file their closing documents or another notice by June 30, 2014.  However, by July 7, 2014, neither closing documents, nor another status report had been filed.  Chambers staff contacted counsel, and Mr. Olson and Mr. Hughson agreed that closing documents would be filed by July 31, 2014.  To date, however, nothing more has been filed.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **August 15, 2014**, or if counsel are unable to meet this deadline, they should request a status conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**